H. H. ("Shashi") Kewalramani (State Bar No. 262290)
shashi@ljpklaw.com
Lee, Jorgensen, Pyle & Kewalramani, PC
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>     Plaintiff,<br>  v.<br><br>BRK BRANDS, INC.<br><br>     Defendant. | **CASE NO. SACV 14-00310-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |
| O.S. SECURITY LLC,<br><br>     Plaintiff,<br>  v.<br><br>ALARM LOCK SYSTEMS, INC., et al.,<br><br>     Defendants. | **CASE NO. SACV 14-00312-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |

O.S. SECURITY LLC,

      Plaintiff,

    v.

JOHN D. BRUSH & CO.,

      Defendant.

**CASE NO. SACV 14-00314-AG (DFMx)**

**JOINT RULE 26(f) AMENDED SCHEDULE**

Rule 26 Conference Date: Sep.8, 2014

---

O.S. SECURITY LLC,

      Plaintiff,

    v.

SARGENT MFG. CO., et al.,

      Defendant.

**CASE NO. SACV 14-00318-AG (DFMx)**

**JOINT RULE 26(f) AMENDED SCHEDULE**

Rule 26 Conference Date: Sep.8, 2014

---

O.S. SECURITY LLC,

      Plaintiff,

    v.

SCHLAGE LOCK CO., et al.,

      Defendant.

**CASE NO. SACV 14-00319-AG (DFMx)**

**JOINT RULE 26(f) AMENDED SCHEDULE**

Rule 26 Conference Date: Sep.8, 2014

---

     As ordered by the Court at the hearing held on September 8, 2014, enclosed as

/ / /

/ / /

Exhibit A is the amended case management schedule with the trial date for each of the respective defendants.

Dated: September 15, 2014         **LEE, JORGENSEN, PYLE & KEWALRAMANI,**


                                  By:    /s/ H. H. (Shashi) Kewalramani
                                         H. H. (Shashi) Kewalramani
                                         **Attorney for Plaintiff, O.S. Security LLC**