**Exhibit A - The Parties' Proposed Schedule**

| Event | Proposed Date |
|---|---|
| Invalidity Contentions, SPR 2.5 and 2.6 | 9/22/2014 |
| Exchange Proposed Terms for Construction, SPR 3.1 | 10/13/2014 |
| Exchange of Claim Construction and Extrinsic Evidence, SPR 3.2 | 10/27/2014 |
| Complete Claim Construction Discovery, SPR 3.3 | 11/24/2014 |
| Joint Claim Construction and Prehearing Statement, SPR 3.4 | 12/8/2014 |
| Simultaneous Opening Claim Construction Briefs, SPR 3.5 | 12/15/2014 |
| Simultaneous Responsive Claim Construction Briefs, SPR 3.5 | 1/12/2015 |
| Claim Construction Hearing, SPR 3.6 | 1/26/2015 |
| Final Infringement Contentions and Expert Reports, SPR 4.1 | 28 days after Order re Claim Construction |
| Final Invalidity Contentions and Expert Reports, SPR 4.2 | 28 days after Final Infringement Contentions |
| Rebuttal Expert Reports, SPR 4.3 | 28 days after SPR 4.1 and SPR 4.2 Reports |
| Close of All Discovery, SPR 4.3 | 28 days after SPR 4.3 Latest Set of Rebuttal Reports |
| Deadline for Filing Dispositive Motions | 28 days after SPR 4.3 Close of All Discovery |
| Trial (BRK, SA 14-CV-310) | August 11, 2015 |
| Trial (Sargent, SA 14-CV-318) | September 15, 2015 |
| Trial (Alarm Lock, SA 14-CV-312) | November 3, 2015 |
| Trial (Sentry, SA 14-CV-314) | January 12, 2016 |
| Trial (Schlage, SA 14-CV-319) | February 16, 2016 |