| | |
|---|---|
| H. H. ("Shashi") Kewalramani (SBN 262290)<br>shashi@ljpklaw.com<br>Lee, Jorgensen, Pyle & Kewalramani, PC<br>440 West First Street, Suite 205<br>Tustin, California 92780<br>Telephone: (714) 252-6611<br>Facsimile: (714) 602-4690<br><br>Counsel for Plaintiff **O.S. SECURITY LLC**<br><br>Michael E. Lee (Admitted *Pro Hac Vice*)<br>mlee@ljpklaw.com<br>Lee, Jorgensen, Pyle & Kewalramani, PC<br>1805 Augusta Dr., Suite 250<br>Houston, Texas 77057<br>Telephone: (832) 431-4054<br>Facsimile: (713) 568-6998<br><br>Counsel for Plaintiff **O.S. SECURITY LLC**<br><br><br><br><br>Paul B. Hunt (Admitted *Pro Hac Vice*)<br>phunt@btlaw.com<br>Jeffrey T.G. Kelsey (Admitted *Pro Hac Vice*)<br>jkelsey@btlaw.com<br>Jeff M. Barron (Admitted *Pro Hac Vice*)<br>jbarron@btlaw.com<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Telephone:   317-236-1313<br>Facsimile:    317-231-7433<br><br>Counsel for Defendant **SCHLAGE LOCK COMPANY LLC** | Kevin J. O'Shea (*Admitted Pro Hac Vice*)<br>Kevin.O'Shea@icemiller.com<br>Ice Miller, LLP<br>200 West Madison Street<br>Chicago, IL  60606<br>Office:  312-726-7163<br><br>Counsel for Defendant **BRK BRANDS, INC.**<br><br>Michael T. Hornak (SBN 81936)<br>mhornak@rutan.com<br>Ronald P. Oines (SBN 145016)<br>roines@rutan.com<br>Bradley A. Chapin (SBN 232885)<br>bchapin@rutan.com<br>Lukas K. Hori (SBN 294373)<br>lhori@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-1931<br>Telephone:   714-641-5100<br>Facsimile:    714-546-9035<br><br>Counsel for Defendants **SARGENT MANUFACTURING COMPANY and ASSA ABLOY, INC.**<br><br>ERIC J. WARD (*Admitted Pro Hac Vice*)<br>eward@wardgreenberg.com<br>JESSICA N. CLEMENTE (Admitted *Pro Hac Vice*)<br>jclemente@wardgreenberg.com<br>WARD GREENBERG HELLER & REIDY LLP<br>300 State Street<br>Rochester, New York 14614<br>Telephone: (585) 454-0700<br>Facsimile: (585) 423-5910<br><br>Counsel for Defendant **JOHN D. BRUSH & CO., INC. D/B/A SENTRY GROUP** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>BRK BRANDS, INC.<br><br>      Defendant. | **CASE NO. SACV 14-00310-AG (DFMx)**<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF ORDER TO STAY UPCOMING CLAIM CONSTRUCTION DEADLINES** |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>JOHN D. BRUSH & CO.,<br><br>      Defendant. | **CASE NO. SACV 14-00314-AG (DFMx)**<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF ORDER TO STAY UPCOMING CLAIM CONSTRUCTION DEADLINES** |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>SARGENT MFG. CO., et al.,<br><br>      Defendant. | **CASE NO. SACV 14-00318-AG (DFMx)**<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF ORDER TO STAY UPCOMING CLAIM CONSTRUCTION DEADLINES** |
| O.S. SECURITY LLC, | **CASE NO. SACV 14-00319-AG** |

|   |   |
|---|---|
| Plaintiff,<br>v.<br>SCHLAGE LOCK COMPANY LLC, et al.,<br>Defendant. | **(DFMx)**<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF ORDER TO STAY UPCOMING CLAIM CONSTRUCTION DEADLINES** |

On September 8, 2014, the Court held a joint scheduling conference in this matter for the parties in each of the cases captioned above. Following that conference, all of the parties have exchanged submissions under the Court's Standing Patent Rules ("S.P.R.") in their separate cases.

Following the exchange of submissions under S.P.R. 3.1 and S.P.R. 3.2, however, a number of issues have arisen among the parties. These issues relate to the requirements of (and compliance with) S.P.R. 3.1 and 3.2 and the form and content of the upcoming claim construction briefing. As these issues will directly affect claim construction briefing, the Parties wish to resolve them prior to the submissions of a Joint Claim Construction and Prehearing Statements in the various cases on December 8, 2014 and subsequent claim construction briefing. Consequently, the parties have agreed to jointly request a stay of upcoming claim construction deadlines to give the parties an opportunity to prepare and submit a joint statement of the issues for resolution by the Court and for the Court to schedule a hearing.

If the stay is granted, the parties would submit a joint statement of issues on November 25, 2014. The parties also respectfully request that the Court schedule a hearing to address the issues in the joint statement at an appropriate time thereafter. A proposed Order is enclosed.

Dated: November 14, 2014  **LEE, JORGENSEN, PYLE & KEWALRAMANI,**

By: _____/s/_____
H. H. (Shashi) Kewalramani
Attorney for Plaintiff, O.S. Security LLC

Dated: November 14, 2014  **ICE MILLER LLP**

By: _____/s/ *wish permission*_____
Kevin J. O'Shea
Attorney for Defendant BRK Brands, Inc.

Dated: November 14, 2014  **WARD GREENBERG HELLER & REIDY LLP**

By: _____/s/ *wish permission* _____
Eric Ward
Attorney for Defendant John D. Brush d/b/a Sentry Group

Dated: November 14, 2014  **BARNES & THORNBURG LLP**

By: _____/s/ *wish permission* _____
Jeff M. Barron
Attorney for Defendant Schlage Lock Company LLC

/ / /

/ / /

- 4 -

1 | Dated: November 14, 2014             **RUTAN & TUCKER, LLP**

                                        By:   _____/s/ *wish permission* _____
                                              Ronald P. Oines
                                              Attorney for Defendants Sargent Mfg. Co.
                                              and ASSA Abloy, Inc.