MISHCON DE REYA NEW YORK LLP
John F. Petrsoric (*Pro Hac Vice*)
Email: john.petrsoric@mishcon.com
750 7th Avenue, 26th Floor
New York, New York  10019
Telephone: 212.612.3270
Facsimile: 212.612.32977

LEE, JORGENSEN, PYLE &
KEWALRAMANI, P.C.
Hemant H. ("Shashi") Kewalramani
Email: shashi@ljpklaw.com
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

Attorneys for Plaintiff
O.S. SECURITY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRK BRANDS, INC.<br><br>　　　　　　Defendant. | Case No. SACV14-00310 AG (DFMx)<br><br>Honorable Andrew J. Guilford<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE MARKMAN DATES** |

1

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN D. BRUSH & CO., d/b/a SENTRY GROUP<br><br>          Defendant. | Case No. SACV14-00314 AG (DFMx)<br><br>Honorable Andrew J. Guilford |
| O.S. SECURITY LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SARGENT MANUFACTURING COMPANY, ASSA ALBOY, INC. and ASSA ALBOY AB,<br><br>          Defendants. | Case No. SACV14-00318 AG (DFMx)<br><br>Honorable Andrew J. Guilford |
| O.S. SECURITY LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SCHLAGE LOCK COMPANY LLC,<br><br>          Defendant. | Case No. SACV14-00319 AG (DFMx)<br><br>Honorable Andrew J. Guilford |

Plaintiff O.S. Security LLC respectfully requests that the Court continue the Markman Hearing presently set for February 17, 2015 and the pre-Markman deadlines and in support thereof states as follows:

1.     From the filing of the Complaint in the above-captioned actions, O.S. Security has been represented by attorneys at the firm of Lee, Jorgensen, Pyle &

Kewalramani P.C. ("Lee Jorgensen"). The Lee Jorgensen firm is set to dissolve at the end of the year. Consequently O.S. Security retained the undersigned counsel at Mishcon de Reya New York LLP within the last several weeks to continue representation in these matters.

2. While the undersigned counsel is diligently working to understand the claim construction issues and the ramifications thereof in preparation for the upcoming Markman process, more time is required to come fully up to speed.

3. O.S. Security accordingly reached out to all of the Defendants to seek a short continuation of approximately two weeks of all Markman dates (except for those relating to claim construction discovery), including the Markman Hearing. Counsel for Defendants indicated a willingness to accommodate this request.

4. Counsel for Defendants have availability on March 3, 2015, and O.S. Security understands that the Court has availability on that date as well. Therefore, O.S. Security respectfully requests that the Court adjourn the Markman Hearing to March 3, 2015. Defendants do not oppose this motion so long as expert discovery regarding claim construction is not re-opened and so long as the Court adjourns the Markman Hearing to March 3, 2015. Any other date may create a conflict for one or more of the Defendants.

5. O.S. Security also requests that the pre-hearing deadlines be set as follows:

Joint Claim Construction and Pre-Hearing Statement – January 9, 2015

Opening Claim Construction Briefs – February 2, 2015

Responsive Claim Construction Briefs – February 17, 2015

WHEREFORE, O.S. Security respectfully requests that the Court enter the Proposed Order submitted herewith that extends the aforementioned Markman dates.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 18, 2014 | MISHCON DE REYA NEW YORK LLP |
| 3 | | By:   /s/  John F. Petrsoric<br>       John F. Petrsoric |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>O.S. SECURITY LLC |

(Lines 6–28 blank)

PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE MARKMAN DATES