MISHCON DE REYA NEW YORK LLP
John F. Petrsoric (*Pro Hac Vice*)
Email: john.petrsoric@mishcon.com
750 7th Avenue, 26th Floor
New York, New York  10019
Telephone: 212.612.3270
Facsimile: 212.612.32977

LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.
Hemant H. ("Shashi") Kewalramani
Email: shashi@ljpklaw.com
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

Attorneys for Plaintiff
O.S. SECURITY LLC

NOTE CHANGES BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRK BRANDS, INC.<br><br>    Defendant. | Case No. SACV14-00310 AG (DFMx)<br><br>Honorable Andrew J. Guilford<br><br>**ORDER ON UNOPPOSED MOTION TO CONTINUE MARKMAN DATES** |

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN D. BRUSH & CO., d/b/a SENTRY GROUP<br><br>        Defendant. | Case No. SACV14-00314 AG (DFMx)<br><br>Honorable Andrew J. Guilford |
| O.S. SECURITY LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>SARGENT MANUFACTURING COMPANY, ASSA ALBOY, INC. and ASSA ALBOY AB,<br><br>        Defendants. | Case No. SACV14-00318 AG (DFMx)<br><br>Honorable Andrew J. Guilford |
| O.S. SECURITY LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>SCHLAGE LOCK COMPANY LLC,<br><br>        Defendant. | Case No. SACV14-00319 AG (DFMx)<br><br>Honorable Andrew J. Guilford |

The Court, having considered Plaintiff's Unopposed Motion to Continue Markman Dates, hereby orders the following: Plaintiff's Unopposed Motion to Continue Markman Dates is hereby GRANTED.

The joint claim construction and prehearing statement shall be filed by January 9, 2015.

1      Opening claim construction briefs shall be filed by February 3, 2015.

2      Responsive claim construction briefs shall be filed by February 17, 2015.

3      The claim construction hearing is set for March 3, 2015 at 9:00 a.m.

4      The claim construction discovery deadline remains unchanged.

DATED:   January 23  , 2014 _____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

As required by Local Rule 5-4.4, counsel shall email the electronic copy of all proposed orders to the judge's chambers email