BARNES & THORNBURG LLP
Kevin D Rising (SBN 211663)
email: kevin.rising@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3010
Phone: 310-284-3880
Fax: 310-284-3894

Paul B. Hunt (pro hac vice)
email: paul.hunt@btlaw.com
Jeffrey M Barron (pro hac vice)
email: jeff.barron@btlaw.com
Jeffrey T G Kelsey (pro hac vice)
email: jkelsey@btlaw.com
BARNES AND THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: 317-231-6412
Fax: 317-231-7433

Attorneys for Defendant SCHLAGE LOCK LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCHLAGE LOCK COMPANY LLC,<br><br>　　　　Defendant. | Case No. SACV14-00319 AG (DFMx)<br><br>Honorable Andrew J. Guilford<br><br>**NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

**SCHLAGE'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Schlage Lock Company LLC submits this Motion to Remove Incorrectly Filed Documents Exhibits B, C, H, I, J, K, L, N, O, P, Q, R, and S to Declaration of Jeffrey TG Kelsey In Support of Schlage's Motion for Partial Summary Judgment, Docket No. 132. Pursuant to Local Rule 79-5 (b), when electronically filed, counsel inadvertently included Exhibits B, C, H, I, J, K, L, N, O, P, Q, R, and S in the public version of the filed copy of the declaration. The content of these exhibits should have been lodged under seal. *See* Declaration of Jeffrey TG Kelsey In Support of Defendant's Motion to Remove Incorrectly Filed Documents; Docket No. 132, ¶3.

After discovering the error, counsel contacted the ECF Help Desk and requested that a temporary lock be placed on the documents. ¶4. These documents include confidential business information of Plaintiff O.S. Security, Defendant Schlage Lock, and other third parties that has not been redacted. ¶5.

Accordingly, Defendant Schlage Lock Company respectfully requests that the following Docket Nos. be permanently deleted from the docket:

Docket Number 132-5;
Docket Number 132-6;
Docket Number 132-11;
Docket Number 132-12;
Docket Number 132-13;
Docket Number 132-14;
Docket Number 132-15;
Docket Number 132-16;
Docket Number 132-18;
Docket Number 132-19;
Docket Number 132-20;

1     Docket Number 132-21;

2     Docket Number 132-22; and

3     Docket Number 132-23.

    Good cause exists to grant this motion, which will not prejudice the Plaintiff. Schlage has served copies of each of these exhibits on the Plaintiff in accordance with this Court's rules, and the Plaintiff will have the benefit of each of these documents in preparing any response to Schlage's motion for partial summary judgment. In addition, Schlage is submitting courtesy copies of each of the exhibits to the Court and is proceeding to ensure that replacement copies are properly filed, under seal, in accordance with this Court's Orders and rules.

    Schlage respectfully requests that this motion be granted.

Dated:    August 18, 2015           BARNES & THORNBURG LLP

                                       By:   /s/Jeffrey TG Kelsey
                                            **Attorneys for Defendant**
                                            **SCHLAGE LOCK COMPANY LLC**

                                            Kevin D Rising (SBN 211663)
                                            email: kevin.rising@btlaw.com
                                            Sarah E. Johnston (SBN 259504)
                                            email: sjohnston@btlaw.com
                                            BARNES AND THORNBURG LLP
                                            2029 Century Park East, Suite 300
                                            Los Angeles, CA 90067-3010
                                            Phone: 310-284-3880
                                            Fax: 310-284-3894

                                            Paul B. Hunt (pro hac vice)
                                            email: paul.hunt@btlaw.com
                                            Jeff M Barron (pro hac vice)
                                            email: jeff.barron@btlaw.com
                                            Jeffrey T G Kelsey (pro hac vice)
                                            email: jkelsey@btlaw.com
                                            BARNES AND THORNBURG LLP
                                            11 South Meridian Street
                                            Indianapolis, IN 46204
                                            Phone: 317-231-6412
                                            Fax: 317-231-7433

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2015, the foregoing document was filed electronically via the Court's Electronic Case Filing System (ECF). Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

*/s/ Jeffrey TG Kelsey*
Jeffrey TG Kelsey